Summons in a Civil Action (Rev 11/97)

# United States District Court
## SOUTHERN DISTRICT OF CALIFORNIA

Joseph Rhoan and Maria Rhoan,

vs

Palisades Collection L.L.C. and
Wolpoff & Abramson L.L.P.,

**FILED**
PM 2:34
CLERK
DISTRICT COURT
DISTRICT OF CALIFORNIA

BY: ___

**SUMMONS IN A CIVIL ACTION**
Case No.

'08 CV 0066 WQH JMA

TO: (Name and Address of Defendant)

YOU ARE HEREBY SUMMONED and required to file with the Clerk of this Court and serve upon PLAINTIFF'S ATTORNEY

Joshua B. Swigart
Hyde & Swigart
411 Camino Del Rio South, Suite 301
San Diego, CA 92108

An answer to the complaint which is herewith served upon you, within ___20___ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

JAN 11 2008

W. Samuel Hamrick, Jr.



CLERK

By _____, Deputy Clerk

DATE

Summons in a Civil Action

::ODMA\PCDOCS\WORDPERFECT\14443\1 May 5, 1999 (11:34am)