1  TOMIO B. NARITA (SBN 156576)
   JEFFREY A. TOPOR (SBN 195545)
2  SIMMONDS & NARITA LLP
   44 Montgomery Street, Suite 3010
3  San Francisco, CA 94104-4816
   Telephone: (415) 283-1000
4  Facsimile:   (415) 352-2625
   tnarita@snllp.com
5  jtopor@snllp.com

6  Attorneys for Defendants
   Palisades Collection, LLC and
7  Wolpoff & Abramson, LLP

8

9              UNITED STATES DISTRICT COURT

10             SOUTHERN DISTRICT OF CALIFORNIA

11

12 JOSEPH RHOAN AND MARIA    ) CASE NO.  08CV0066 WQH JMA
   RHOAN,                    )
13                           )
            Plaintiffs,      ) **DEFENDANTS' CERTIFICATE OF**
14                           ) **INTERESTED PARTIES**
            vs.              )
15                           )
   PALISADES COLLECTION, L.L.C )
16 AND WOLPOFF & ABRAMSON,   )
   L.L.P.,                   )
17                           )
            Defendants.      )
18                           )
                             )
19 _____ )

20

21

22

23

24

25

26

27

28

1  Pursuant to Federal Rule of Civil Procedure 7.1, the undersigned, counsel of
2  record for defendants Palisades Collection, LLC and Wolpoff &Abramson, LLP
3  certifies that the following listed parties have a direct, pecuniary interest in the
4  outcome of this case.  These representations are made to enable the Court to evaluate
5  possible disqualification or recusal.

6  1.  Palisades Collection, LLC, a New Jersey Limited Liability Company;
7  2.  Asta Funding, Inc., a publicly-traded Delaware Corporation that trades
8      on NASDAQ as "ASFI";
9  3.  Wolpoff & Abramson, LLP, a Maryland Limited Liability Partnership.

12  DATED: February 19, 2008          SIMMONDS & NARITA LLP
                                      TOMIO B. NARITA
13                                    JEFFREY A. TOPOR

16                                    By:___/Tomio B. Narita/_____
                                            Tomio B. Narita
17                                          Attorneys for Defendants