1  TOMIO B. NARITA (SBN 156576)
   JEFFREY A. TOPOR (SBN 195545)
2  SIMMONDS & NARITA LLP
   44 Montgomery Street, Suite 3010
3  San Francisco, CA 94104-4816
   Telephone: (415) 283-1000
4  Facsimile:  (415) 352-2625
   tnarita@snllp.com
5  jtopor@snllp.com

6  Attorneys for Defendants
   Palisades Collection, LLC and
7  Wolpoff & Abramson, LLP

8

9             UNITED STATES DISTRICT COURT

10            SOUTHERN DISTRICT OF CALIFORNIA

11

12 | JOSEPH RHOAN AND MARIA    ) CASE NO.  08CV0066 WQH JMA
   | RHOAN,                    )
13 |                           )
   |         Plaintiffs,       ) **PROOF OF SERVICE**
14 |                           )
   |    vs.                    )
15 |                           )
   | PALISADES COLLECTION, L.L.C )
16 | AND WOLPOFF & ABRAMSON,   )
   | L.L.P.,                   )
17 |                           )
   |         Defendants.       )
18 |                           )
   |                           )
19 |_____)

1  I, Tomio B. Narita, hereby certify that:

2  I am employed in the City and County of San Francisco, California. I am over
3  the age of eighteen years and not a party to this action. My business address is 44
4  Montgomery Street, Suite 3010, San Francisco, California 94104-4816. I am counsel
5  of record for the defendants in this action.

6  On February 20, 2008, I caused the following documents:

7  1) **ANSWER TO COMPLAINT** (docket entry number 3)

8  2) **DEFENDANTS' CERTIFICATE OF INTERESTED PARTIES** (docket entry number 4)
9

10  to be served upon the parties listed below via the Court's Electronic Filing
11  System

12  **VIA ECF**

13  Joshua Swigart
    josh@westcoastlitigation.com
14  info@westcoastlitigation.com
    Counsel for Plaintiff
15

16  I declare under penalty of perjury under the laws of the State of California that
    the foregoing is true and correct. Executed at San Francisco, California on this 22nd
17  day of February, 2008.
18
                          By:    s/Tomio B. Narita
19                               Tomio B. Narita
                                 Attorneys for Defendants
20

21

22

23

24

25

26

27

28