TOMIO B. NARITA (SBN 156576)
JEFFREY A. TOPOR (SBN 195545)
SIMMONDS & NARITA LLP
44 Montgomery Street, Suite 3010
San Francisco, CA 94104-4816
Telephone: (415) 283-1000
Facsimile:   (415) 352-2625
tnarita@snllp.com
jtopor@snllp.com

Attorneys for Defendants
Palisades Collection, LLC and
Wolpoff & Abramson, LLP

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSEPH RHOAN AND MARIA RHOAN, | CASE NO.  08CV0066 WQH JMA |
| Plaintiffs, | ***EX PARTE* APPLICATION OF DEFENDANTS FOR PERMISSION TO APPEAR TELEPHONICALLY AT ENE CONFERENCE** |
| vs. | |
| PALISADES COLLECTION, L.L.C AND WOLPOFF & ABRAMSON, L.L.P., | |
| Defendants. | |

Defendants Palisades Collection, LLC ("Palisades") and Wolpoff & Abramson, LLP ("W&A") (collectively, "Defendants") submit the following *Ex Parte* Application For Permission to Appear Telephonically at the Early Neutral Evaluation Conference.

## *EX PARTE* APPLICATION

Palisades' representative with settlement authority is located in New Jersey and W&A's representative with settlement authority is located in Maryland. It would place an undue financial burden on Defendants to fly those representative across the country to attend the conference in person. For this reason, Defendants seek permission from the Court to appear telephonically at the Early Neutral Evaluation Conference on April 2, 2008 at 10:00 a.m. Counsel for Defendants will appear in person, and will have Defendants' representatives on telephone standby throughout the conference.

## MEMORANDUM IN SUPPORT OF APPLICATION

Pursuant to the Court's Order of February 21, 2008 setting this action for an Early Neutral Evaluation Conference, Defendants respectfully request that their representatives be permitted to appear by telephone at the ENE conference. The undersigned counsel for Defendants will appear in person.

Defendants take their obligations under the Court's ENE Order seriously, and they are prepared to participate in good faith in the ENE conference in order to discuss resolution of the action. However, Palisades' representative with settlement authority is located in New Jersey and W&A's representative with settlement authority is located in Maryland, and it would therefore place an undue financial burden on Defendants to fly the representative across the country to attend the conference in person. Defendants' representatives agree to remain available by telephone even after normal business hours, until released by the Court.

1  Based on the foregoing, Defendants respectfully request that they be released
2  from their obligation to personally attend the ENE session, and that they may remain
3  on telephone standby throughout the conference while their counsel attends in
4  person.

6  DATED: February 27, 2008        SIMMONDS & NARITA LLP
                                    TOMIO B. NARITA
7                                   JEFFREY A. TOPOR

                                    By:___/Tomio B. Narita/_____
                                        Tomio B. Narita
                                        Attorneys for Defendants

1 | PROOF OF SERVICE

I, Tomio B. Narita, hereby certify that:

I am employed in the City and County of San Francisco, California. I am over the age of eighteen years and not a party to this action. My business address is 44 Montgomery Street, Suite 3010, San Francisco, California 94104-4816. I am counsel of record for the defendants in this action.

On March 4, 2008, I caused the ***EX PARTE* APPLICATION OF DEFENDANTS FOR PERMISSION TO APPEAR TELEPHONICALLY AT ENE CONFERENCE** to be served upon the parties listed below via the Court's Electronic Filing System:

**VIA ECF**

Joshua Swigart
josh@westcoastlitigation.com
info@westcoastlitigation.com
Counsel for Plaintiff

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct. Executed at San Francisco, California on this 4th day of March, 2008.

By:   s/Tomio B. Narita
        Tomio B. Narita
        Attorneys for Defendants