

FILED

3/4/2008

CLERK U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY                                    DEPUTY

Joseph Rhoan, et al                                                   08cv66-WQH-JMA

-v-

Palisades Collection LLC, et al

# STRICKEN DOCUMENT
# (Per 3/6/2008 Order, Doc. # 10)

# Doc. # 8 - Notice