UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSEPH RHOAN AND MARIA RHOAN,<br><br>　　　　Plaintiffs,<br><br>　　　vs.<br><br>PALISADES COLLECTION, L.L.C AND WOLPOFF & ABRAMSON, L.L.P.,<br><br>　　　　Defendants. | CASE NO. 08CV0066 WQH JMA<br><br>**[PROPOSED] ORDER GRANTING *EX PARTE* APPLICATION OF DEFENDANTS FOR PERMISSION TO APPEAR TELEPHONICALLY AT ENE CONFERENCE** |

1     Defendants Palisades Collection, LLC and Wolpoff & Abramson, LLP
2 (collectively, "Defendants") have submitted an *Ex Parte* Application For Permission
3 to Appear Telephonically at the Early Neutral Evaluation Conference on April 2,
4 2008 at 10:00 a.m.  Good cause having been shown,

5     IT IS HEREBY ORDERED that Defendants' application for permission to
6 appear telephonically at the ENE Conference is granted.  Defendants' representatives
7 shall remain available by telephone even after normal business hours at the places
8 where they are located, until released by the Court.

10 IT IS SO ORDERED.

12 DATED: __March 5__, 2008

                                                Hon. Jan M. Adler
                                                U.S. Magistrate Judge
                                                United States District Court