UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSEPH RHOAN AND MARIA RHOAN,<br><br>Plaintiffs,<br><br>vs.<br><br>PALISADES COLLECTION, L.L.C AND WOLPOFF & ABRAMSON, L.L.P.,<br><br>Defendants. | CASE NO. 08CV0066 WQH JMA<br><br>[~~PROPOSED~~] **ORDER GRANTING *EX PARTE* APPLICATION OF DEFENDANTS FOR PERMISSION TO APPEAR TELEPHONICALLY AT ENE CONFERENCE** |

1     Defendants Palisades Collection, LLC and Wolpoff & Abramson, LLP (collectively, "Defendants") have submitted an *Ex Parte* Application For Permission to Appear Telephonically at the Early Neutral Evaluation Conference on April 2, 2008 at 10:00 a.m.  Good cause having been shown,

    IT IS HEREBY ORDERED that Defendants' application for permission to appear telephonically at the ENE Conference is granted.  Defendants' representatives shall remain available by telephone even after normal business hours at the places where they are located, until released by the Court.

IT IS SO ORDERED.

DATED: \_\_\_March 5\_\_\_, 2008

    _____
    Hon. Jan M. Adler
    U.S. Magistrate Judge
    United States District Court