UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSEPH RHOAN AND MARIA RHOAN, | Case No. 08-CV-0066-WQH (JMA) |
| Plaintiff, | **ORDER CONTINUING SETTLEMENT DISPOSITION CONFERENCE** |
| v. | |
| PALISADES COLLECTION L.L.C., et al., | |
| Defendants. | |

The Settlement Disposition Conference previously scheduled to be held on May 6, 2008 at 4:00 p.m. is hereby VACATED. Instead, Magistrate Judge Adler will conduct a telephonic Settlement Disposition Conference on **May 20, 2008** at **4:30 p.m.** unless a joint motion for dismissal is filed with the Court and a separate proposed order for dismissal is e-mailed to the district judge's e-mail address, prior to that time.[1]  If a joint motion for dismissal and proposed order thereon cannot be provided on or before the date indicated above, counsel shall contact the

---

[1] See Electronic Case Filing Administrative Policies and Procedures Manual, Sections 2.f. and 2.h., for more information.

1  chambers of Magistrate Judge Adler <u>at least one court day before</u>
2  <u>the date indicated above to explain the reasons therefor.</u>
3  <u>Failure to comply with this order may be cause for the imposition</u>
4  <u>of monetary sanctions.</u>
5      **IT IS SO ORDERED**.
6  DATED:  May 6, 2008

                                                _____
                                               Jan M. Adler
                                               U.S. Magistrate Judge