Joshua B. Swigart, Esq. (SBN: 225557)
josh@westcoastlitigation.com
Robert L. Hyde, Esq. (SBN: 227183)
bob@westcoastlitigation.com
**HYDE & SWIGART**
411 Camino Del Rio South, Suite 301
San Diego, CA 92108-3551
Telephone: (619) 233-7770
Facsimile:  (619) 297-1022

Attorneys for Plaintiffs
JOSEPH RHOAN And MARIA RHOAN

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSEPH RHOAN AND MARIA RHOAN,<br><br>                    Plaintiffs,<br><br>v.<br><br>PALISADES COLLECTION L.L.C. AND WOLPOFF & ABRAMSON L.L.P.,<br><br>                    Defendants. | Case No.: 08 CV 0066 WQH (JMA)<br><br>**NOTICE OF JOINT DISMISSAL WITH PREJUDICE** |

**IT IS HEREBY STIPULATED AND AGREED** by and between the parties to this action through their designated counsel of record, that the above-captioned action be and hereby is dismissed WITH prejudice pursuant to FRCP 41(a)(1)

| | |
|---|---|
| Dated: May 7, 2008<br><br> /S/ JOSHUA B. SWIGART<br>**Joshua B. Swigart**<br>Attorney for Plaintiffs | Dated: May 7, 2008<br><br> /S/ TOMIO B. NARITA<br>**Tomio B. Narita**<br>Attorney for Defendants |