# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSEPH RHOAN & MARIA RHOAN,<br><br>　　　　　　　　　　　　　Plaintiffs,<br>　vs.<br>PALISADES COLLECTION, LLC and<br>WOLPOFF & ABRAMSON, LLP,<br><br>　　　　　　　　　　　　　Defendants. | CASE NO. 08CV66 WQH (JMA)<br><br>ORDER DISMISSING ACTION IN ITS ENTIRETY AND WITH PREJUDICE |

HAYES, Judge:

　　On January 11, 2008, Plaintiffs Joseph and Maria Rhoan filed the Complaint in this matter against Defendants Palisades Collection, LLC and Wolpoff & Abramson, LLP. (Doc. # 1). On May 12, 2008, the parties filed a joint motion to dismiss this action in its entirety and with prejudice. (Doc. # 14).

　　Good cause appearing, the joint motion (Doc. # 14) to dismiss this action is GRANTED. This action is hereby dismissed in its entirety and with prejudice. The Clerk of the Court is ordered to close this case.

**IT IS SO ORDERED**.

DATED: May 13, 2008

　　　　　　　　　　　　　　　　　　　　　　　*William Q. Hayes*
　　　　　　　　　　　　　　　　　　　　　　　**WILLIAM Q. HAYES**
　　　　　　　　　　　　　　　　　　　　　　　United States District Judge

- 1 -　　　　　　　　　　　　　　　　08CV66 WQH (JMA)