# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSEPH RHOAN & MARIA RHOAN, | CASE NO. 08CV66 WQH (JMA) |
| Plaintiffs, | ORDER DISMISSING ACTION IN ITS ENTIRETY AND WITH PREJUDICE |
| vs. | |
| PALISADES COLLECTION, LLC and WOLPOFF & ABRAMSON, LLP, | |
| Defendants. | |

HAYES, Judge:

On January 11, 2008, Plaintiffs Joseph and Maria Rhoan filed the Complaint in this matter against Defendants Palisades Collection, LLC and Wolpoff & Abramson, LLP. (Doc. # 1). On May 12, 2008, the parties filed a joint motion to dismiss this action in its entirety and with prejudice. (Doc. # 14).

Good cause appearing, the joint motion (Doc. # 14) to dismiss this action is GRANTED. This action is hereby dismissed in its entirety and with prejudice. The Clerk of the Court is ordered to close this case.

**IT IS SO ORDERED**.

DATED: May 13, 2008

_William Q. Hayes_
**WILLIAM Q. HAYES**
United States District Judge